**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6620**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS BERNAL AREYANES, a/k/a Luis Alberto Areyanes Bernal, a/k/a Luis Alberto Bernal Areyanes,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:13-cr-00149-D-2)

Submitted:  October 26, 2018                          Decided:  October 31, 2018

Before AGEE and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Luis Bernal Areyanes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Bernal Areyanes appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. After reviewing the record and the court's order, we conclude that the court did not abuse its discretion. *See United States v. Peters*, 843 F.3d 572, 577 (4th Cir. 2016), *cert. denied*, 137 S. Ct. 2267 (2017) (stating standard of review). Accordingly, we affirm the court's order and deny Areyanes' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*